*Thomas W. Morley et al.* v. *Thomas F. Green et al.* H. F. CLARK, for appellant; J. RHOADES, for respondent. Order appealed from affirmed, with costs.

*David Balde* v. *Henry Smith et al.* MATTESON & DOOLITTLE, for complainants; S. CHEEVER, for defendants. Decided that an accord without satisfaction—as for example, an agreement to receive property in part payment of a judgment, and an endorsed note for the balance—is not a discharge of the judgment, so as to prevent the filing of a creditor's bill and the appointment of a receiver. *Accord without satisfaction no discharge of judgment.*

Decided also, that an offer by a defendant in a judgment to turn out to the sheriff sufficient property to satisfy the execution, is no defence to the appointment of a receiver upon a creditor's bill; as the defendant has his remedy against the sheriff, if he makes a false return. *Effect of offering to turn out property to sheriff.*

Usual order of reference to a master in the county of Saratoga to appoint a receiver.

*Jonathan King et al.* v. *John T. Wilcox et al.* J. W. GILBERT, for appellants; N. GRIFFIN, for respondents. Decree appealed from modified and affirmed with costs.

*Oliver Besley et al.* v. *Gardner Lawrence et al.* G. LAWRENCE and S. STEVENS, for appellant; B. DAVIS NOXON, for respondents. Decree appealed from reversed, so far as it affects the rights or interest of the appellant Lawrence; and the bill, as to him, dismissed with costs. Proceedings remitted to the vice chancellor, so that the proper directions may be given for the discharge of the receiver and the settlement of his accounts if he has received the bond and mortgage, or the proceeds thereof.